IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            CASE NO.: 4:06-CR-039-SPM

**CLIFF MERYL,**

      **Defendant.**
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the "Second Motion for Continuance of Trial" (doc. 33) filed February 13, 2007, in which counsel states that Defendant is apparently attempting to raise funds to retain another attorney to represent him in this case.  As the question of Defendant's representation is a crucial one, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The motion to continue (doc. 33) is hereby *granted*.

    2.    Trial is reset for **Monday, April 23, 2007** at **8:30am** at the United States Courthouse in Tallahassee, Florida.

    **DONE AND ORDERED** this <u>fourteenth</u> day of February, 2007.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge