UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                 CASE NO.: 4:06-CR-039-SPM

**CLIFF MERYL,**

    **Defendant.**
_____/

**ORDER SETTING PRETRIAL DEADLINES**

**THIS CAUSE** comes *sua sponte* before the Court. Having a substantial number of jury trials scheduled for Monday, June 18, 2007, the Court finds it advisable to set certain deadlines for all parties. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. If the case is not ready for trial on June 18, 2007, defense counsel shall file a motion to continue on or before **June 4, 2007**.

2. If the case is ready to proceed to trial on June 18, 2007, then the Government and defense counsel shall file with the Court on or before **June 4, 2007** the following:

    a. witness and exhibit lists, to include the substance of each witness's testimony and the anticipated length of that testimony;

    b. a stipulated verdict form and set of jury instructions. If there are areas of disagreement, each side shall set forth its proposed instruction(s) with written argument in support of the instruction(s); and

      c.    any motions in limine, or a statement that no motions are anticipated at the current time.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of May, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge