UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                      **CASE NO.: 4:06-CR-039-SPM**

**CLIFF MERYL,**

      **Defendant.**
_____/

**ORDER SETTING PRETRIAL DEADLINES**

**FINDING IT** necessary to set deadlines for efficient trial management, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties are directed to continue discussions in an attempt to reach agreement on jury instructions and resolution of the motion in limine.

2. On or before **5pm** on **June 7, 2007**, Defendant shall file:

   a. witness and exhibit lists, to include the substance of each witness's testimony and the anticipated length of that testimony;

   b. a stipulated set of jury instructions and verdict form, indicating any areas of disagreement. If there are areas of disagreement, each side shall set forth its proposed instruction(s) with written argument in support of the instruction(s); and

   c. a statement as to whether or not the motion in limine has been resolved.

2. On or before **noon** on **June 11, 2007**, Defendant shall file his

      response to the Government's motion in limine (doc. 45), if the motion has not been resolved by the parties.

3. Defendant has indicated a desire to plead to count IV of the indictment. By separate order, the matter shall be referred to the magistrate for plea proceedings. Defense counsel is instructed to contact Judge Sherrill's chambers at 850-521-3621 to schedule a change of plea as soon as possible.

**DONE AND ORDERED** this <u>seventh</u> day of June, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge