IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:06-CR-039-SPM

CLIFF MERYL,

     Defendant.
_____

### ORDER GRANTING MOTION IN LIMINE TO EXCLUDE PHOTOGRAPHS

**THIS CAUSE** comes before the Court upon the "Motion in Limine" (doc 51) filed by the Defendant on June 7, 2007 and the Government's response (doc 54) filed on June 7, 2007. Defendant seeks to exclude or redact certain writings depicted in notebook that is in Government's exhibit photographs.

As grounds for this motion, Defendant states that writings in the notebook "may be deemed offensive" and are "irrelevant, inflammatory and otherwise prejudicial to the Defendant". See doc. 51 at 1.

The Government does not oppose Defendant's motion. See doc 54.

Accordingly, it is

**ORDERED AND ADJUDGED** that the motion in limine (doc. 51) is hereby *granted*. The government shall not at any time during the trial introduce the Government exhibit photographs into evidence.

**DONE AND ORDERED** this <u>twelfth</u> day of June, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge