**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                 Case No. 4:06-CR-039-SPM

CLIFF MERYL,

        Defendant.

_____

## ORDER RESCHEDULING SENTENCING

This cause comes before the Court on its own motion.  On June 20, 2007, Defendant Meryl was convicted of two out of the four counts in his indictment.  On that day, Defendant's sentencing was scheduled for October 15, 2007.  Pursuant to the Court's order continuing Defendant's trial to October 15 (doc. 85), the Court finds that a continuance of the sentencing hearing is necessary.  Based upon the foregoing and having considered the Court's calendar, it is hereby,

**ORDERED** that the October 15, 2007 sentencing for Defendant Cliff Meryl is continued.  Sentencing shall commence on **Monday, November 19, 2007** at 1:30 p.m. in Tallahassee, Florida.

The parties shall govern themselves accordingly.

**DONE AND ORDERED** this <u>seventh</u> day of August, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge