**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    Case No. 4:06-CR-039-SPM

CLIFF MERYL,

       Defendant.
_____

**ORDER RESCHEDULING SENTENCING**

      This cause comes before the Court on its own motion. On June 20, 2007, Defendant Meryl was convicted of two out of the four counts in his indictment. On that day, Defendant's sentencing was scheduled for October 15, 2007. However, the Court continued Defendant's trial to October 15. On that date, the jury was unable to reach a unanimous decision regarding the Defendant's guilt or innocence.

      Currently, the Defendant is scheduled for sentencing on Monday, November 19, 2007. The United States Probation office needs more time to speak with Defendant Meryl and conduct the necessary investigation in order to complete his presentence report. Therefore, the Court finds that a continuance of the sentencing hearing is necessary. Based upon the foregoing and having considered the Court's calendar, it is hereby,

      **ORDERED** that the November 19, 2007 sentencing for Defendant Cliff Meryl is continued. Sentencing shall commence on **Monday, December 17, 2007** at 1:30 p.m. in Tallahassee, Florida. The parties shall govern themselves accordingly.

      **DONE AND ORDERED** this <u>fifth</u> day of November, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge