**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 4:06-CR-039-SPM

CLIFF MERYL,

        Defendant.

_____

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

**THIS CAUSE** comes before the Court upon the Government's "Motion to Dismiss" (doc. 103). This motion requests the dismissal of Count Two and Count Three in the above-captioned case. The motion is GRANTED. Counts Two and Three are hereby dismissed.

**ORDERED AND ADJUDGED** this fifteenth day of November, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge