**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  Case No. 4:06-CR-039-SPM

CLIFF MERYL,

      Defendant.
_____

## ORDER CONTINUING SENTENCING HEARING

**THIS CAUSE** comes before the Court upon Defendant's "Motion to Continue Sentencing" (doc. 105). Defendant requests a sixty (60) day continuance. As grounds, Defendant states the need for more time for the United States Probation Office to interview him and complete their pre-sentence report. The Government does not oppose the granting of this motion.

Finding good cause for the postponement, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The motion to continue (doc. 105) is hereby *granted*.

2. Sentencing is reset for **Tuesday, February 19, 2008** at **1:30 pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this fifth day of December, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge