**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                        CASE NO.: 4:06-CR-039-SPM

CLIFF MERYL,

       Defendant.

_____

### AMENDED ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS
(removing 28 U.S.C. § 1915 requirements)

**THIS CAUSE** comes before the Court upon the "Affidavit Accompanying Motion for Permission to Appeal in forma Pauperis" (doc. 129).  Although no motion accompanies the affidavit, it is clear that Defendant is seeking in forma pauperis status on his direct criminal appeal.  (See doc. 118)  The affidavit was sent to the Eleventh Circuit Court of Appeals and forwarded to this Court for a ruling.  Although the appeal appears to lack merit, it does not appear that the appeal is frivolous or otherwise taken without good faith.  Because this is a direct appeal from Defendant's criminal conviction, Defendant is not required to comply with the repayment requirements articulated in the Section 1915(b) of the Prison Litigation Reform Act.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     Defendant's application to proceed in forma pauperis on appeal (doc. 129) is **granted**.

2. The Clerk of Court shall mail a copy of this order to: Department of Corrections, Office of the General Counsel, 2601 Blair Stone Road, Tallahassee, FL 32399-2500.

**DONE AND ORDERED** this <u>ninth</u> day of July, 2008.

<u>　*s/ Stephan P. Mickle*　</u>
Stephan P. Mickle
United States District Judge